Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSAL LEAF TOBACCO COMPANY,
INC.,

     07 Civ.

   Plaintiff,

     **FRCP RULE 7.1**
     <u>**DISCLOSURE STATEMENT**</u>

 - against -

M/V MSC WASHINGTON, *etc et al.*,

   Defendants.
------------------------------------------------------------X

NOW comes plaintiff, UNIVERSAL LEAF TOBACCO COMPANY, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

UNIVERSAL CORPORATION is the publicly traded parent company of the plaintiff.

Dated: New York, New York
   September 27, 2007

          CASEY & BARNETT, LLC
          Attorneys for Plaintiff

      By: */s/ Martin F. Casey*
          Martin F. Casey (MFC-1415)
          317 Madison Avenue, 21st Floor
          New York, New York 10017
          (212) 286-0225