LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
COSTAMARE SHIPPING CO. S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNIVERSAL LEAF TOBACCO CO.

               Plaintiff,

-against-

M/V MSC WASHINGTON, her tackle, boilers
engines, etc; MEDITERRANEAN SHIPPING
COMPANY S.A.; COSTAMARE SHIPPING CO.
S.A. and HONAKER SHIPPING CO.,

               Defendants.

----------------------------------------------------------------X

ECF Case

07 Civ. 8391 (DAB)

RULE 7.1
STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant COSTAMARE SHIPPING CO. S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held in the United States.

Dated: December 11, 2007
      New York, New York

                                LYONS & FLOOD, LLP
                                Attorneys for Defendant
                                COSTAMARE SHIPPING CO. S.A., and

By: _____
          Edward P. Flood (EPF-5797)
          65 West 36th Street, 7th Floor
          New York, New York 10018

U:\FLOODDOC\2549108\Pleadings\Rule 7.1-Washinton .doc