LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
HONAKER SHIPPING CO.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNIVERSAL LEAF TOBACCO CO.

            Plaintiff,

    -against-

M/V MSC WASHINGTON, her tackle, boilers
engines, etc; MEDITERRANEAN SHIPPING
COMPANY S.A.; COSTAMARE SHIPPING CO.
S.A. and HONAKER SHIPPING CO.,

            Defendants.
-------------------------------------------------------------X

ECF Case

07 Civ. 8391 (DAB)

RULE 7.1
STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant HONAKER SHIPPING CO., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held in the United States.

Dated: December 11, 2007
      New York, New York

                           LYONS & FLOOD, LLP
                          Attorneys for Defendant
                          HONAKER SHIPPING CO.

By: _/s/ Edward P. Flood_____
     Edward P. Flood (EPF-5797)
     65 West 36th Street, 7th Floor
     New York, New York 10018

U:\FLOODDOC\2549108\Pleadings\Rule 7.1-Washinton .doc