UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNIVERSAL LEAF TOBACCO CO.,
               Plaintiff,

          -against-

M/V MSC WASHINGTON, her tackle, boilers,
engines, etc., COSTAMARE SHIPPING CO. S.A.,
HONAKER SHIPPING CO.,
               Defendants.
----------------------------------------X
M/V MSC WASHINGTON , her tackle, boilers,
engines, etc., COSTAMARE SHIPPING CO. S.A.,
HONAKER SHIPPING CO.,
               Third-Party Plaintiffs,

          -against-

CERES TERMINALS INCORPORATED, CERES
MARINE TERMINALS, INC., VIRGINIA
INTERNATIONAL TERMINALS, INC.,
               Defendants.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: March 6, 2008

07 Civ. 8391(DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

On September 27, 2007, Plaintiff filed its Complaint in the above-captioned action.  On December 11, 2007 Defendants Answered.  On December 19, 2007, Defendants M/V MSC WASHINGTON, COSTAMARE SHIPPING CO. S.A., HONAKER SHIPPING CO., filed a Third-Party Complaint against CERES TERMINALS INC., CERES MARINE TERMINALS, INC., and VIRGINIA INTERNATIONAL TERMINALS, INC. ("Third-Party Defendants").

As of the date of this ORDER the Court has no record of service of the Third-Party Complaint.  Accordingly,

1

Defendants/Third-Party Plaintiffs SHALL FILE file proof of service within thirty days of the date of this Order.  In addition, Defendants/Third-Party Plaintiffs are hereby ORDERED TO SHOW CAUSE within thirty days of filing its proofs of service why their Third-Party Complaint should not be denied for failure to prosecute.  See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").  Third-Party Plaintiffs' showing of good cause, if any, shall be made by affidavit.

SO ORDERED.

Dated:    New York, New York

          March 6, 2008

                              _____
                                   Deborah A. Batts
                              United States District Judge