# EXHIBIT 1

# LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

EDWARD P. FLOOD
E-Mail: eflood@lyons-flood.com

ADMITTED IN NEW YORK

December 19, 2007

**By Overnight Delivery**

Vandeventer Black, LLP
101 West Main Street, Suite 500
500 World Trade Center
Norfolk, Virginia 23510

Attn: John M. Ryan, Esq.

Re: <u>Universal Leaf Tobacco Co. v. M/V MSC WASHINGTON, et al.</u>
Mediterranean Shipping Company S.A., et al. v. Ceres Terminals, Inc., et al.
U.S.D.C. – S.D.N.Y.
<u>07 Civ. 8391 (DAB)</u>
Our File: 2549108

Dear John,

As per our recent discussion, enclosed please find two (2) courtesy copies of the Third-Party Complaint we have today filed with the Court in regard to the above-captioned matter.

I understand you will be speaking with VIT and the Ceres Entities and/or their respective underwriters to determine if your firm will be representing any of these Third-Party Defendants.

Very truly yours,

Lyons & Flood, LLP

By: Edward P. Flood

(Enclosures)

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

- 2 -

**By Mail**

cc: Casey & Barnett, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017

Attn: Martin F. Casey, Esq.
(w/ enclosure)

U:\FLOODDOC\2549108\Correspondence\Ryan 01 ltr.doc



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | John M. Ryan<br>Vandeventer Black, LLP<br>101 W MAIN ST STE 500<br>500 WORLD TRADE CENTER<br>NORFOLK, VA 235101674<br>US<br>(757) 446-8600 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number:<br>Bill transportation to:<br>Courtesy rate quote:* | FedEx Envelope<br>Drop Off<br>0.8 LBS<br>0 x 0 x 0 in<br>0 USD<br>397163806<br>397163806<br>17.04 |
| From: | Erika Tax<br>Lyons & Flood, LLP<br>65 West 36th Street<br>7th Floor<br>New York, NY 10018<br>US<br>2125942400 | Discounted variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | Express<br>Commercial |
| Tracking no:<br>Your reference:<br>Ship date:<br>Service type: | 799772082390<br>2549108<br>Dec 19 2007<br>Standard Overnight | | |

**Please note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.