# EXHIBIT 3

131 East Thirty-Eighth Street
New York, NY 10016

Phone: (212) 889-2300
Fax: (212) 889-1288
e-mail: drgzh@aol.com



**DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION**

# FAX

| | | | |
|---|---|---|---|
| **To:** | Edward P. Flood, Esq.<br>Lyons & Flood, LLP | **From:** | Peter J. Zambito |
| **Fax:** | (212) 594-4589 | **Date:** | March 7, 2008 |
| **Re:** | Universal Leaf Tobacco Co. v. M/V<br>MSC WASHINGTON, et al.<br>07 Civ. 8391 (DAB)<br>L & F Ref: 2549108<br>Our File: 08-60-3952/PJZ | **Pages:** | 1 including cover letter |
| **CC:** | | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☒ Please Reply   ☐ Please Recycle

Dear Ed,

We have very recently been informed by John M. Ryan, Esq. of Vandeventer Black LLP of Norfolk, VA that he had authority to accept service on behalf of both Virginia International Terminals, Inc. and the Ceres third-party defendants when service of the Third-Party Complaint was made upon him.

Thus, we confirm that service on all third-party defendants has been effected.

We confirm further that several requests for extensions to plead have been granted by you and by plaintiff's counsel, so that an Answer to the Third-Party Complaint and to the Complaint is due by March 14, 2008. The most recent request for a two (2) week extension to plead (from February 29 to March 14, 2008) was so that we might determine whether service was effected on the Ceres third-party defendants and obtain data necessary to prepare Answers.

We are grateful to you and Mr. Casey for the extensions granted.

Sincerely,

Peter J. Zambito

cc: Martin F. Casey, Esq.        (212) 286-0261
    Casey & Barnett, LLC
    Your Ref: 115-885