UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNIVERSAL LEAF TOBACCO CO.,

                      Plaintiff,                **ECF CASE**

           - against -                07 Civ. 8391 (DAB)

M/V MSC WASHINGTON, her tackle, boilers,
engines, etc., MEDITERRANEAN SHIPPING
COMPANY S.A., COSTAMARE SHIPPING CO.
S.A. and HONAKER SHIPPING CO.,

                     Defendants.
---------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY S.A.,
COSTAMARE SHIPPING CO. S.A. and
HONAKER SHIPPING CO.,

                Third-Party Plaintiffs,

         -  against –

CERES TERMINALS INCORPORATED,
CERES MARINE TERMINALS, INC. and
VIRGINIA INTERNATIONAL TERMINALS,
INC.,

              Third-Party Defendants.
---------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for third-party defendants CTI, CMT and VIT (a private non-governmental party) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

      NONE


_____3/14/08_____      S/ _____
Date                                   PETER J. ZAMBITO