UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Universal Leaf,                                              :    Amended
                                                             :    07 Civ. 8391 (RWS)
            -v.-                                             :
M/V MSC Washington,                                          :
et al                                                        :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

Please be advised that the conference scheduled for 5/14/08 has been rescheduled to 5/28/08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       5/9/08

_____
ROBERT W. SWEET
United States District Judge