UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Universal Leaf,

-v.-

: 07 Civ. 8391 (RWS)

M/v MSC Washington
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/08

Please be advised that the conference scheduled for May 28, 08 has been rescheduled to Sept 17, 08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5-28-08

_____
ROBERT W. SWEET
United States District Judge