*Sweet, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNIVERSAL LEAF TOBACCO CO

        Plaintiff,

   - against -

M/V MSC WASHINGTON etc et al.

        Defendants.
-----------------------------------------------------------X

07 Civ. 8391 (RWS)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

The above-captioned matter having been settled pursuant to agreement by and between the parties,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
       June 20, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _/s/ Martin F. Casey_
   Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**LYONS & FLOOD, LLP**
Attorneys for Defendant and Third Party
Plaintiff MSC

By: _/s/ Edward P. Flood_
   Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

DOUGHERTY RYAN GIUFFRA
ZAMBITO & HESSION
Attorneys for Third Party Defendants
Ceres and VIT

By: *[signature]*
Peter J. Zambito
131 East 38th Street
New York, New York 10016
(212) 889-2300

SO ORDERED:

*[signature]*
U.S.D.J.   6.24.08

2